1 | Steven D. Allison (SBN 174481)
steven.allison@troutman.com
2 | Samrah Mahmoud (SBN 285168)
samrah.mahmoud@troutman.com
3 | Jordan Jeffery (SBN 301743)
jordan.jeffrey@troutman.com
4 | **TROUTMAN SANDERS LLP**
5 Park Plaza, Suite 1400
5 | Irvine, CA 92614
Telephone: (949) 622-2700
6 | Facsimile: (949) 622-2739

7 | *Attorneys for Defendant Blue Cross of California d/b/a Anthem Blue Cross*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. REITEN, MD FACS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA, doing business as ANTHEM BLUE CROSS, a California Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CIVIL ACTION NO: 2:19-cv-05274<br><br>[Los Angeles Superior Court Case No. 19STCV16014]<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF REMOVAL, ECF NO. 1 AND NOTICE OF REFILING OF NOTICE OF REMOVAL**<br><br>Complaint Filed: May 07, 2019 |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

# NOTICE OF WITHDRAWAL OF NOTICE OF REMOVAL

Defendant BLUE CROSS OF CALIFORNIA, doing business as ANTHEM BLUE CROSS ("Anthem"), by counsel, hereby respectfully withdraws its Notice of Removal filed herein on June 17, 2019, as ECF No. 1. Anthem will be refiling its Notice of Removal along with Exhibits A and B thereto.

Dated: June 17, 2019      **TROUTMAN SANDERS LLP**

By: */s/ Samrah Mahmoud*
Steven D. Allison
Samrah Mahmoud
Jordan Jeffery

*Attorneys for Defendant*
BLUE CROSS OF CALIFORNIA
D/B/A ANTHEM BLUE CROSS

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

39208570
- 1 -
NOTICE OF WITHDRAWAL OF NOTICE OF REMOVAL
CASE NO. 2:19-CV-05274

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2019 I served the foregoing by U.S. regular mail and electronic mail on the following:

BRIAN D. BOYDSTON, ESQ.
PICK & BOYDSTON, LLP
10786 Le Conte Ave.
Los Angeles, California 90024
Email: Brianb@ix.netcom.com
*Attorneys for Plaintiff*

s/ *Samrah Mahmoud*
Samrah Mahmoud

*Attorneys for Defendant*
BLUE CROSS OF CALIFORNIA
D/B/A ANTHEM BLUE CROSS