# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PATRICK J. REITEN, MD FACS | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:19−cv−05274−AB−AFM |
| v. | |
| BLUE CROSS OF CALIFORNIA, et al. | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 3/5/2020 | 40 | Amended Notice |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken ~~and counsel is ordered to file an amended or corrected document by~~ _____ .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: 3/6/2020          By: C. Badirian
                            Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge